# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **ADELITA ORTEGA** | **CIV. ACTION NO. 5:23-01640** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **FIDELITY & GUARANTY INSURANCE CO ET AL** | **MAG. JUDGE MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the motion to remand [doc. # 10] filed by Plaintiff Adelita Ortega is **GRANTED**, and that this matter is hereby remanded to the First Judicial District Court for the Parish of Caddo, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(c).

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 26th day of January, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE